Page 1 of 2

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

LARRY VARNADO

**Case Number: 6:01-Cr-128-Orl-18GJK**

USM Number: 24701-018

Michelle P. Smith
201 South Orange Avenue #300
Orlando, FL 32801

___

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, 3, 4, and 5 of the term of supervision.  The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to submit monthly reports | December 5, 2006 |
| 2 | Failure to Report | September 18, 2006 |
| 3 | Failure to Report | September 20, 2006 |
| 4 | Failure to Report | December 5, 2006 |
| 5 | Failure to notify probation ten days prior to any change in employment | October 14, 2006 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

7/30/2008

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

July _31_ ,2008

LARRY VARNADO
6:01-Cr-128-Orl-18GJK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 Months**.  This sentence shall be a split  with the defendant serving **4 months** incarceration and **60 days** of electronic home monitoring.

It is FURTHER ORDERED that upon release from imprisonment and electronic monitoring, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case